# Court of Appeals
# of the State of Georgia

ATLANTA,    July 07, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1985.  LEONARD GRAY v. TITLEMAX, INC.**

This case commenced in magistrate court.  Following an unfavorable ruling, Leonard Gray appealed to superior court.  The superior court entered an order granting Titlemax, Inc's motion to dismiss, and Gray seeks to appeal this ruling.

When a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Gray's failure to adhere to the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,    07/07/2015
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.